384-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BOSSE SHIPPING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BOSSE SHIPPING LTD.,

07 CIV. **07 CIV ( 7221** rts

                              Plaintiff,                    **RULE 7.1 STATEMENT**

    -against-

GREAT WHITE FLEET LTD.,

                              Defendants.
------------------------------------------------------------------x

BOSSE SHIPPING LTD., by and through its undersigned attorneys Freehill

Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,

certifies that it is a private (non-governmental) party, has no corporate parents, and that

no publicly-held corporation in the United States owns 10% or more of the stock of the

company.

Dated: New York, New York
       August 14, 2007

                    FREEHILL HOGAN & MAHAR, LLP
                    Attorneys for Plaintiff
                    BOSSE SHIPPING LTD.

        By:         _____
                    Michael E. Unger (MU 0045)
                    Lawrence J. Kahn (LK 5215)
                    80 Pine Street
                    New York, NY 10005
                    Telephone: (212) 425-1900
                    Facsimile: (212) 425-1901

NYDOCS1/288374.1