Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------------X
BOSSE SHIPPING LTD.,

        Plaintiff,

  -against-

GREAT WHITE FLEET LTD.

        Defendant.
-------------------------------------------------------------------X

07 CV 7221 (RJS)

**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT AND VACATE ATTACHEMENT**

GREGORY G. BARNETT, under the penalty of perjury declares that the following is true and correct:

    1.    I am a member of the firm of CASEY & BARNETT, attorneys for defendants Great White Fleet Ltd. ("GWF") in the above-entitled action, and duly admitted to the practice of law before the State and Federal Courts in New York, including this Honorable Court, and am fully familiar with the facts and circumstances surrounding this litigation including the pleadings and proceedings heretofore had herein.

    2.    I make this Declaration in support of defendants Motion to Dismiss the Complaint and vacate the Attachment.

    3.    I drafted and filed the Chiquita action on July 27, 2007.

4.  On August 9, 2007 I sent an email to Holy House, the manager of the MV BOSSE, advising them that a lawsuit was commenced against them and advising them that a wire transfer was attached pursuant to Rule B in the amount of $9,989.00.

5.  On August 14, 2007 I received notification that Bosse Shipping demanded arbitration against GWF pursuant to the charter party.

6.  Annexed hereto as Exhibit A is the Complaint filed by Bosse Shipping Ltd. on August 14, 2007;

7.  Annexed hereto as Exhibit B is the Order Directing Clerk to Issue Process of Maritime Attachment signed by Judge Wood on August 14, 2007;

8.  Annexed hereto as Exhibit C is the Complaint filed by Chiquita International Limited and Great White Fleet Limited on July 27, 2007;

9.  Annexed hereto as Exhibit D is a copy of the charter party between Bosse Shipping Limited and Great White Fleet dated April 1, 2005.

10. Annexed hereto as Exhibit E is the Affidavit of Adrian Charles Hardingham with attachments, the Senior Partner of Holmes Hardingham, Solicitors in London.

Dated: New York, NY
       September 5, 2007

By: _____
Gregory G. Barnett, Esq.
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225